PHILIPS *against* CASWELL.

ON certiorari to a Justice's Court, it appeared that the attorney for the plaintiff in error wrote the return; but he swore that the justice voluntarily, and without request, came to his office, and desired him to write it, which he did, the justice dictating the whole of the facts.

A motion was now made to set aside the return as irregular; and *Fox* v. *Johnson*, (3 Cowen's Rep. 20,) was relied on.

*The return to a certiorari will not be set aside because the attorney for the plaintiff in error wrote it, if he acted as the mere amanuensis of the justice.*

*W. Baker*, for the motion.

*G. H. Feeter & N. S. Benton*, contra.

*Curia.* We think the attorney, in this case, comes within the character of a mere amanuensis for the justice. Such an exception to the rule, established by *Fox* v. *Johnson*, was mentioned by the Court; and we think it does not come within the reason of the rule. The motion is denied.

Motion denied.